# EXHIBIT B

## DISPOSITION OF ESTATE PROPERTY

| Scheduled Property and Disposition | Amount Realized |
|---|---|
|  |  |

| Unscheduled Property | Amount Realized |
|---|---|
| See Forms 1 & 2, attached hereto |  |

| | |
|---|---|
| TOTAL RECEIPTS | $ 14,124.76 |
| TOTAL SCHEDULED VALUE OF PROPERTY ABANDONED | $ 0.00 |
| TOTAL SCHEDULED VALUE OF EXEMPT PROPERTY | $ 265,507.52 |

**EXHIBIT C**

**CASH RECEIPTS AND DISBURSEMENTS**

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

Page: 1

| Case Number: | 05-38268 BL | Trustee: | (520196) MICHAEL G. BERLAND |
| --- | --- | --- | --- |
| Case Name: | NIXON, STEPHEN M. | Filed (f) or Converted (c): | 09/19/05 (f) |
| | | §341(a) Meeting Date: | 10/24/05 |
| Period Ending: | 06/30/08 | Claims Bar Date: | 04/21/06 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 5631 Lawn Drive, Western Springs-scheduled | 477,000.00 | 0.00 | | 0.00 | 0.00 |
| 2 | 858 Lake Holiday , Sanwich, Illinois-scheduled | 275,000.00 | 0.00 | | 0.00 | FA |
| 3 | Checking account-scheduled | 111.42 | 0.00 | | 0.00 | FA |
| 4 | Household goods-scheduled | 1,532.50 | 0.00 | | 0.00 | FA |
| 5 | Household goods-scheduled | 867.50 | 0.00 | | 0.00 | FA |
| 6 | Wearing apparel-scheduled | 1,500.00 | 0.00 | | 0.00 | FA |
| 7 | Fidelity life insurance-scheduled | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Valley Forge term insurance-scheduled | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Smith Barney IRA-scheduled | 4,246.10 | 0.00 | | 0.00 | FA |
| 10 | OPOR partnership-scheduled | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Alpine Investors-limited partnership-scheduled | 10,000.00 | 0.00 | | 0.00 | FA |
| 12 | Loans to Diamond Management-scheduled | 0.00 | 0.00 | | 0.00 | FA |
| 13 | 1995 Jeep Cherokee-scheduled | 2,042.00 | 0.00 | | 0.00 | FA |
| 14 | 1988 Mastercraft-scheduled | 1,550.00 | 0.00 | | 0.00 | FA |
| 15 | 1998 Kawasaki Jet ski-scheduled | 1,200.00 | 1,200.00 | | 0.00 | FA |
| 16 | Transfer monies vacation home to residence-unsch (u) | 0.00 | Unknown | | 14,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 126.52 | Unknown |
| 17 | Assets    Totals (Excluding unknown values) | $775,049.52 | $1,200.00 | | $14,126.52 | $0.00 |

Printed: 06/30/2008 02:43 PM    V.10.03

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 05-38268 BL | Trustee: | (520196) MICHAEL G. BERLAND |
| --- | --- | --- | --- |
| Case Name: | NIXON, STEPHEN M. | Filed (f) or Converted (c): | 09/19/05 (f) |
| | | §341(a) Meeting Date: | 10/24/05 |
| Period Ending: | 06/30/08 | Claims Bar Date: | 04/21/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**

    The debtor refinanced his vacation home and put the proceeds into his home which he owns with his non-filing during the preference period. the Trustee obtained a $14,000 settlement., which was approved.

**Initial Projected Date Of Final Report (TFR):** December 31, 2009      **Current Projected Date Of Final Report (TFR):** December 31, 2009

Printed: 06/30/2008 02:43 PM    V.10.03

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 05-38268 BL | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | NIXON, STEPHEN M. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****05-65 - Money Market Account |
| Taxpayer ID #: | 13-7544341 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/30/08 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/24/06 | {16} | Washington Mutual Bank | Payment of settlement amount per court order | 1241-000 | 14,000.00 | | 14,000.00 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.61 | | 14,000.61 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 9.20 | | 14,009.81 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 8.90 | | 14,018.71 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.34 | | 14,028.05 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.99 | | 14,035.04 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.49 | | 14,042.53 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.74 | | 14,050.27 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.75 | | 14,058.02 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.25 | | 14,065.27 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.01 | | 14,073.28 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.76 | | 14,081.04 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.01 | | 14,088.05 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.27 | | 14,096.32 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 7.33 | | 14,103.65 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 7.18 | | 14,110.83 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 6.45 | | 14,117.28 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 2.89 | | 14,120.17 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 2.62 | | 14,122.79 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.97 | | 14,124.76 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.76 | | 14,126.52 |

Subtotals :    $14,126.52    $0.00

{} Asset reference(s)

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 05-38268 BL | Trustee: | MICHAEL G. BERLAND (520196) |
| --- | --- | --- | --- |
| Case Name: | NIXON, STEPHEN M. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | \*\*\*-\*\*\*\*\*05-65 - Money Market Account |
| Taxpayer ID #: | 13-7544341 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 06/30/08 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | ACCOUNT TOTALS | | 14,126.52 | 0.00 | $14,126.52 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 14,126.52 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$14,126.52** | **$0.00** | |

{} Asset reference(s)

Printed: 06/30/2008 02:43 PM   V.10.03

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 05-38268 BL | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | NIXON, STEPHEN M. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****05-66 - Checking Account |
| Taxpayer ID #: | 13-7544341 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/30/08 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****05-65 | 14,126.52 | 0.00 | 14,126.52 |
| Checking # ***-*****05-66 | 0.00 | 0.00 | 0.00 |
| | $14,126.52 | $0.00 | $14,126.52 |