**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>NIXON, STEPHEN M.<br><br>**Debtor(s)** | CHAPTER 7 CASE<br><br>CASE NO. 05-38268 BL<br><br>JUDGE Eugene R. Wedoff |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At: U.S. BANKRUPTCY COURT
    219 S. Dearborn, Courtroom 744
    Chicago, Illinois 60604

    on: August 5, 2008
    at: 10:00 a.m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                                $       14,124.76

    b. Disbursements                           $              0.00

    c. Net Cash Available for                  $       14,124.76
    Distribution

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| MICHAEL G. BERLAND (Trustee Fees) | | 0.00 | $2,162.48 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $120,315.72 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 9.94%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | JPMorgan Chase Bank, NA | $ 80,011.84 | $ 7,955.10 |
| 2 | American Express Travel Related Services Co Inc | $ 16,915.08 | $ 1,681.77 |
| 3 | eCAST Settlement Corporation | $ 12,612.39 | $ 1,253.98 |
| 5 | eCAST Settlement Corporation assignee of | $ 10,776.41 | $ 1,071.43 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for

      compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois  60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.     Debtor has been discharged.

11.     The Trustee proposed to abandon the following property at the hearing:

Dated: July 7, 2008           For the Court,

                                              **KENNETH S. GARDNER**
                                              Kenneth S. Gardner
                                              Clerk of the U.S. Bankruptcy Court
                                              219 S. Dearborn Street; 7th Floor
                                              Chicago, IL  60604

Trustee:     MICHAEL G. BERLAND
Address:    1 NORTH LASALLE STREET
                 STE 1775
                 CHICAGO, IL  60602
Phone No.: (312) 855-1272

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7               Page 1 of 1              Date Rcvd: Jul 07, 2008
Case: 05-38268                 Form ID: pdf002           Total Served: 22

The following entities were served by first class mail on Jul 09, 2008.
db           +Stephen M Nixon,    5631 Lawn Drive,    Western Springs, IL 60558-2234
aty          +Gregory K Stern,    Gregory K. Stern, P.C.,    53 West Jackson Blvd.,    Suite 1442,
               Chicago, IL 60604-3536
tr           +Michael G Berland,    1 N LaSalle St,    No.1775,    Chicago, IL 60602-4065
9843807       American Express,    PO Box 360002,    Fort Lauderdale, FL 33336-0002
10621688      American Express Travel Related Services Co Inc,    c/o Becket and Lee LLP,    POB 3001,
               Malvern PA 19355-0701
9843808      +American Family Insurance Co.,    6000 American Parkway,    Madison, WI 53777-0002
10758768     +American Family Insurance Company,    c/o David K. Welch,    Crane, Heyman, Simon, Welch & Clar,
               135 S. LaSalle St., Ste. 3705,    Chicago, IL 60603-4101
9843809      +Auto Owners Insurance Co.,    Box 30660,    Lansing, MI 48909-8160
9843810      +Badger Mutual Insurance Co.,    1635 West National Avenue,    Milwaukee, WI 53204-1199
9843812       Chase,   P.O. Box 15129,    Wilmington, DE 19850-5129
9843813      +Collectcorp Corporation,    455 North 3rd Street,    Suite 260,    Phoenix, AZ 85004-0630
10538508     +Crane Heyman Simon Welch & Clar,    135 S LaSalle St Ste 3705,    Chicago, IL 60603-4101
9843814      +General Casualty Insurance Company,    One General Drive,    Sun Prairie, WI 53596-0002
9843811      +Household Finance Corportion/Beneficial,    by eCAST Settlement Corporation agent,    Po Box 35480,
               Newark, NJ 07193-5480
9843815       JP Morgan Chase Bank, NA,    PO Box 29550,    Phoenix, AZ 85038-9550
10438866     +JPMorgan Chase Bank, NA,    1820 E. Sky Harbor Circle South,    Phoenix, Arizona 85034-4810
9843816      +McLennon & McFadden, Ltd.,    100 North LaSalle Street,    Suite 800,    Chicago, IL 60602-3548
9843817      +Pittsfield Development, LLC,    55 East Washington Street,    Chicago, IL 60602-2103
9843818      +Washington Mutual Home Loans, Inc.,    P.O. Box 9001112,    Louisville, KY 40290-1112
9843819      +Weiss Properties, Inc.,    6666 North Western Avenue,    Chicago, IL 60645-5106
10663521      eCAST Settlement Corporation,    POB 35480,    Newark NJ 07193-5480
12140855      eCAST Settlement Corporation assignee of,    Chase Bank USA NA,    POB 35480,
               Newark NJ 07193-5480

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 09, 2008**               **Signature:** *Joseph Speetjens*